| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF CALIFORNIA |
|---|---|

John Castorina
        Plaintiff,

v.

Bank of America, N.A., et al.
        Defendants,

Court File Number
2:21-CV-02004-WBS-KJN

**AFFIDAVIT OF SERVICE**

---

State of North Carolina } SS
County of Johnston }

I, __Jennifer Adams__, state that on
   (Name of Server)

__November__ / __3__ /2021 at __2:50__ __P__ M, I served the:
(Date of Service)    (Time of Service)

   Summons & Complaint

upon: Bank of America, N.A.

therein named, personally at:   CT Corporation System
                                   Suite 200
                                   160 Mine Lake Court
                                   Raleigh, NC 27615

by handing to and leaving with:

   __Leeza Puckett__        - Service of Process Specialist
(Name of the Person with whom the documents were left)

at CT Corporation System, the Registered Agent for Bank of America, N.A., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __11__ / __3__ /2021 
                                        (Signature of Server)

                                              __Jennifer Adams__
                                          (Printed Name of Server)

Age: 20; Ethnicity: Caucasian; Gender: Female; Weight: 230 lbs; Height: 5'5"; Hair: blond

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 260246 1012

Re: 6150-002



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-