| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF CALIFORNIA |
|---|---|

John Castorina
                Plaintiff,

v.

Bank of America, N.A., et al.
                Defendants,

Court File Number
2:21-CV-02004-WBS-KJN

**AFFIDAVIT OF SERVICE**

State of North Carolina ) SS
County of Johnston )

I, __Jennifer Adams__, state that on
    (Name of Server)

November / __3__ /2021 at __3 : 12__ _P_M, I served the:
(Date of Service)    (Time of Service)

    Summons & Complaint

upon: Integon National Insurance Company

therein named, personally at:    Corporation Service Company
                                    Suite 550
                                    2626 Glenwood Avenue
                                    Raleigh, NC 27608

by handing to and leaving with:

    __Heather Hughes__           - Service of Process Specialist
    (Name of the Person with whom the documents were left)

at Corporation Service Company, the Registered Agent for Integon National Insurance Company, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __11 / 3__ /2021    
                                (Signature of Server)

                                    Jennifer Adams
                                (Printed Name of Server)

Age: 49; Ethnicity: Caucasian; Gender: Female; Weight: 250 lbs; Height: 5'4"; Hair: Brown

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 260247 1013

Re: 6150-002



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com