DANIELLE OAKLEY MORRIS (S.B. #246295)
doakley@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
BRITTANY ROGERS (S.B. #274432)
brogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant
Bank of America, N.A.*

DENNIS J. STEWART (S.B. #99152)
dgustafson@gustafsongluek.com
GUSTAFSON GLUEK, PLLC
600 B Street, Suite 1700
San Diego, CA 92024
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiff John Castorina*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CASTORINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and INTEGON NATIONAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:21-CV-02004-WBS-KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Hon. William B. Shubb |

**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE FOR MOTION TO DISMISS**

Plaintiff John Castorina ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (together, the "Parties"), through their undersigned counsel, hereby submit this Stipulation to Extend Time for Defendant Bank of America, N.A. to Respond to Complaint and Set Briefing Schedule for Motion to Dismiss as follows:

1. Plaintiff filed the Complaint in this matter on October 29, 2021.

2. Plaintiff served the Complaint on Defendant on November 3, 2021.

3. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, BANA must answer or otherwise respond to the Complaint by November 24, 2021.

4. BANA recently engaged counsel for this matter.

5. Given the need for BANA and its counsel to investigate Plaintiff's allegations and the upcoming holiday season, counsel for Parties conferred and agreed on the following briefing schedule, subject to the Court's approval:

   a. BANA's response to Plaintiff's Complaint will be submitted on or before January 12, 2022.

   b. Should BANA move to dismiss the Complaint, Plaintiff's response brief will be due on or before February 23, 2022, and BANA's reply brief will be due on or before March 16, 2022.

6. There have been no extensions of time in this case.

Accordingly, it is hereby agreed to and stipulated by the Parties, and respectfully requested that the Court enter the proposed order that:

BANA shall answer or otherwise respond to the Complaint on or before January 12, 2022; and should BANA move to dismiss the Complaint, Plaintiff's response brief will be due on or before February 23, 2022, and BANA's reply brief will be due on or before March 16, 2022.

///

**ORDER**

**IT IS SO ORDERED:**

BANA shall answer or otherwise respond to the Complaint on or before January 12, 2022; and should BANA move to dismiss the Complaint, Plaintiff's response brief will be due on or before February 23, 2022, and BANA's reply brief will be due on or before March 16, 2022. Hearing on said motion (if filed) shall be set for March 21, 2022 at 1:30 p.m. The Scheduling Conference is continued May 9, 2022 at 12:30 p.m. A joint status report shall be filed no later than April 25, 2022.

Dated:  November 17, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated:  November 16, 2021        /s/ William K. Pao
                                             William K. Pao

                                         WILLIAM K. PAO
                                         wpao@omm.com
                                         BRITTANY ROGERS
                                         brogers@omm.com
                                         **O'MELVENY & MYERS LLP**
                                         400 South Hope Street
                                         Los Angeles, CA 90071
                                         Telephone:     (213) 430-6000
                                         Facsimile:      (213) 430-6407

                                         DANIELLE OAKLEY MORRIS
                                         doakley@omm.com
                                         **O'MELVENY & MYERS LLP**
                                         610 Newport Center Drive, 17th Floor
                                         Newport Beach, California  92660
                                         Telephone:     (949) 823-6900
                                         Facsimile:      (949) 823-6994

                                         *Attorneys for Defendant*
                                         *Bank of America, N.A.*

Dated:  November 16, 2021        /s/  Daniel J. Stewart (as authorized on 11/16/2021)
                                             Daniel J. Stewart

                                         DANIEL J. STEWART
                                         dstewart@gustafsongluek.com
                                         **GUSTAFSON GLUEK, PLLC**
                                         600 B Street, Suite 1700
                                         San Diego, CA 92024
                                         Telephone:     (612) 333-8844
                                         Facsimile:      (612) 339-6622

                                         *Attorneys for Plaintiff*
                                         *John Castorina*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 16, 2021, with the Clerk of the Court using CM/ECF which caused a copy to be served on all counsel of record.

Dated: November 16, 2021

By: /s/ William K. Pao
William K. Pao