Margaret E. Dayton (SBN 274353)
PEDayton@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue
Los Angeles, California 90071-1543
T: +1 213-615-1700
D: +1 213-615-1988

*Attorneys for Defendant*
INTEGON NATIONAL INSURANCE
COMPANY

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CASTORINA, individually and onbehalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A. and INTEGONNATIONAL INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 2:21-CV-02004-WBS-KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT INTEGON NATIONAL INSURANCE COMPANY TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS; ORDER**<br><br>HON. WILLIAM B. SHUBB |

**STIPULATION TO EXTEND TIME FOR DEFENDANT INTEGON NATIONAL INSURANCE COMPANY TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**

Defendants Integon National Insurance Company ("Integon") and Bank of America, N.A. ("BANA" and with Integon, "Defendants") and Plaintiff John Castorina ("Plaintiff") (and with Defendants, the "Parties"), through their undersigned counsel, hereby submit this Stipulation to Extend Time for Integon to Respond to Complaint and Set Briefing Schedule for Defendants' Motions to Dismiss as follows:

1.      Plaintiff filed the Complaint in this matter on October 29, 2021.

2.      On November 3, 2021, Plaintiff served the Complaint upon the registered agent for Bank of America, N.A., CT Corporation System.

3.      On November 3, 2021, Plaintiff represents that he served the Complaint upon the registered agent for Integon, Corporation Service Company. Integon was informed that for unknown reasons Corporation Service Company does not have a record of the claimed November 3 service, and the Complaint was not directly received by Integon at the time of service. Notwithstanding, Counsel for Integon and Plaintiff have met and conferred and agreed to a response date of March 7, 2022, for Integon to answer or otherwise respond to the Complaint.

4.      BANA and Plaintiff previously agreed to a response date and briefing schedule for BANA's anticipated motion to dismiss. BANA and Plaintiff submitted a joint stipulation, and on November 17, 2021, the Court ordered as follows:

> BANA shall answer or otherwise respond to the Complaint on or before January 12, 2022, and should BANA move to dismiss the Complaint, Plaintiff's response brief will be due on or before February 23, 2022, and BANA's reply brief will be due on or before March 16, 2022. Hearing on said motion (if filed) shall be set for March 21, 2022 at 1:30 p.m. The Scheduling Conference is continued to May 9, 2022 at 12:30 p.m. A joint status report shall be filed no later than April 25, 2022.

(Dkt. #13.)

2

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**
CASE NO. 2:21-CV-02004-WBS-KJN

1    5.    BANA's motion to dismiss was filed on January 12, 2022. (Dkt. # 15.)

2    6.    Integon intends to move to dismiss the Complaint.

3    7.    The Parties have met and conferred and agreed that in the interest of judicial economy and to preserve the resources of the Court and the Parties, it is desirable to coordinate the briefing schedules and hearing date for BANA's motion to dismiss, which was filed on January 12, 2022, and Integon's anticipated motion to dismiss.

8    8.    Counsel for the Parties conferred and agreed on the following briefing schedule, subject to the Court's approval:

        a.    Plaintiff's opposition brief to BANA's motion to dismiss will be due on or before March 21, 2022, and BANA's reply brief will be due on or before April 11, 2022.

        b.    Integon's response to Plaintiff's Complaint will be submitted on or before March 7, 2022. Should Integon move to dismiss the Complaint, Plaintiff's opposition brief to Integon's motion to dismiss will be due on or before March 21, 2022, and Integon's reply brief will be due on or before April 11, 2022.

1    9.    The hearing on BANA's motion to dismiss is scheduled for March 21,
2  2022 at 1:30 p.m. (Dkt. #15; Dkt. #13.) Subject to the Court's availability, the Parties
3  have agreed to continue the hearing on BANA's motion to dismiss to April 18, 2022 at
4  1:30 p.m., or as soon thereafter as the matter may be heard in the above-captioned
5  Court.

6    10.   Should Integon move to dismiss the Complaint, Integon will notice its
7  motion to dismiss for April 18, 2022 at 1:30 p.m., or as soon thereafter as the matter
8  may be heard in the above-captioned Court, to allow for BANA's and Integon's
9  motions to dismiss to be heard at the same time.

10   11.   There have been no previous extensions of time for Integon to respond to
11  the Complaint.

12   12.   BANA's initial response to the Complaint was extended with approval of
13  the Court to January 12, 2022, (Dkt. #13), and BANA timely-filed its motion to
14  dismiss, (Dkt. # 15).

15   **Accordingly, it is hereby agreed to and stipulated by the Parties, and**
16  **respectfully requested that the Court order that:**

17   The hearing on BANA's motion to dismiss (Dkt. #15) is continued to April 18,
18  2022 at 1:30 p.m. Plaintiff's opposition brief to BANA's motion to dismiss will be
19  due on or before March 21, 2022, and BANA's reply brief will be due on or before
20  April 11, 2022.

21   Integon shall answer or otherwise respond to the Complaint on or before March
22  7, 2022; and should Integon move to dismiss the Complaint, Plaintiff's opposition
23  brief will be due on or before March 21, 2022, and Integon's reply brief will be due on
24  or before April 11, 2022. Hearing on said motion (if filed) shall be set for April 18,
25  2022 at 1:30 p.m.

26
27  ///
28  ///

**STIPULATION TO EXTEND TIME TO RESPOND TO**
**COMPLAINT AND SET BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**
CASE NO. 2:21-CV-02004-WBS-KJN

1   ///

2   ///

3   ///

4   ///

5   ///

6   ///

7   ///

8   ///

9   ///

## <u>ORDER</u>

**<u>IT IS SO ORDERED:</u>**

The hearing on BANA's motion to dismiss (Dkt. #15) is continued to April 18, 2022 at 1:30 p.m. Plaintiff's opposition brief to BANA's motion to dismiss will be due on or before March 21, 2022, and BANA's reply brief will be due on or before April 11, 2022.

Integon shall answer or otherwise respond to the Complaint on or before March 7, 2022; and should Integon move to dismiss the Complaint, Plaintiff's opposition brief will be due on or before March 21, 2022, and Integon's reply brief will be due on or before April 11, 2022. Hearing on said motion (if filed) shall be set for April 18, 2022 at 1:30 p.m.

The Scheduling Conference will remain May 9, 2022 at 1:30 p.m. A joint status report shall be filed no later than April 25, 2022.


Dated:  February 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated:  February 15, 2022          WINSTON & STRAWN LLP


By: _____
MARGARET E. DAYTON
*Attorneys for Defendant*
*Integon National Insurance Company*

///
///
///
///
///

6

By: _____
DANIELLE OAKLEY MORRIS
doakley@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

WILLIAM K. PAO
wpao@omm.com
BRITTANY ROGERS
brogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant*
*Bank of America, N.A.*

By: _____
DAVID A. GOODWIN
*(pro hac vice)*
dgoodwin@gustafsongluek.com
GUSTAFSON GLUEK, PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Telephone:  (612) 333-8844
Facsimile:  (612) 339-6622

DANIEL J. STEWART
dstewart@gustafsongluek.com
GUSTAFSON GLUEK, PLLC
600 B Street, Suite 1700
San Diego, CA 92024
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiff*
*John Castorina*

**STIPULATION TO EXTEND TIME TO RESPOND TO**
**COMPLAINT AND SET BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**
CASE NO. 2:21-CV-02004-WBS-KJN

1

## CERTIFICATE OF SERVICE

2       I HEREBY CERTIFY that a true and correct copy of the foregoing was

3   electronically filed on February 15, 2022, with the Clerk of the Court using CM/ECF

4   which caused a copy to be served on all counsel of record.

5

6
Dated:  February 15, 2022          By:_____
7                                       Margaret E. Dayton

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME TO RESPOND TO**
**COMPLAINT AND SET BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**
CASE NO. 2:21-CV-02004-WBS-KJN