Daniel E. Gustafson (*admitted Pro Hac Vice*)
Dennis J. Stewart, CA Bar No. 99152
David A. Goodwin (*admitted Pro Hac Vice*)
**GUSTAFSON GLUEK, PLLC**
600 B Street, Suite 1700
San Diego, CA 92024
Tel.: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dstewart@gustafsongluek.com
dgoodwin@gustafsongluek.com

Scott D. Hirsch (*admitted Pro Hac Vice*)
**SCOTT HIRSCH LAW GROUP, PLLC**
6810 N. State Road 7
Coconut Creek, FL 33073
Tel.: (561) 569-7062
scott@scotthirschlawgroup.com

Attorneys for Plaintiff and Others Similarly Situated

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CASTORINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and INTEGON NATIONAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:21-CV-02004-WBS-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT** |

Plaintiff John Castorina ("Plaintiff") and Defendant Bank of America, N.A., ("Defendant") (collectively, the "Parties"), by their undersigned counsel, hereby stipulate and agree as follows:

1. On May 5, 2022 the Court issued an Order granting in part and denying in part Defendant's Motion to Dismiss (ECF No. 27). That Order set a date of May 25, 2022 for Plaintiff to file an Amended Complaint, if he should decide to do so.

2. The Parties stipulate and agree that Plaintiff may have a 21 day extension to investigate factual issues raised by Defendant, and, if applicable, file the Amended Complaint so Plaintiff will have up to and through June 15, 2022 to file an Amended Complaint.

3. There have been no other extensions of time in this case for the filing of Plaintiff's Amended Complaint.

4. The Parties agree that this extension will not prejudice either Party.

5. Now, Therefore, the Parties respectfully request that the Court enter an Order reflecting the extension set forth in this Stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                                                    Hon. William B. Shubb
                                                                    United States District Judge

Dated:  May 20, 2022                              *s/David A. Goodwin*
                                                                    Daniel E. Gustafson (#202241)
                                                                    Dennis J. Stewart (#99152)
                                                                    David A. Goodwin (#386715)
                                                                    **GUSTAFSON GLUEK PLLC**
                                                                    Canadian Pacific Plaza
                                                                    120 South 6th Street, Suite 2600
                                                                    Minneapolis, MN 55402
                                                                    Tel: (612) 333-8844
                                                                    Fax: (612) 339-6622
                                                                    E-mail: dgustafson@gustafsongluek.com
                                                                    dstewart@gustafsongluek.com
                                                                    dgoodwin@gustafsongluek.com

|   |   |
|---|---|
|   | Scott D. Hirsch (*admitted Pro Hac Vice*)<br>**SCOTT HIRSCH LAW GROUP, PLLC**<br>6810 N. State Road 7<br>Coconut Creek, FL 33073<br>Tel.: (561) 569-7062<br>scott@scotthirschlawgroup.com<br><br>***Attorneys for Plaintiff***<br>***John Castorina*** |
| Dated:  May 20, 2022 | *s/Danielle Oakley Morris*<br>Danielle Oakley Morris<br>**O'MELVENY & MYERS LLP**<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660<br>Tel: (949) 823-6900<br>Fax: (949) 823-6994<br>doakley@omm.com<br><br>William K. Pao<br>Brittany Rogers<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street<br>Los Angeles, California 90071<br>Tel: (213) 430-6000<br>Fax: (213) 430-6407<br><br>***Attorneys for Defendant***<br>***Bank of America, N.A.*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 20, 2022, with the Clerk of the Court using CM/ECF which caused a copy to be served on all counsel of record.

Dated:  May 20, 2022             By: *s/David A. Goodwin*
                                         David A. Goodwin