Daniel E. Gustafson (*admitted Pro Hac Vice*)
Dennis J. Stewart, CA Bar No. 99152
David A. Goodwin (*admitted Pro Hac Vice*)
**GUSTAFSON GLUEK, PLLC**
600 B Street, Suite 1700
San Diego, CA 92024
Tel.: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dstewart@gustafsongluek.com
dgoodwin@gustafsongluek.com

Scott D. Hirsch (*admitted Pro Hac Vice*)
**SCOTT HIRSCH LAW GROUP, PLLC**
6810 N. State Road 7
Coconut Creek, FL 33073
Tel.: (561) 569-7062
scott@scotthirschlawgroup.com

Attorneys for Plaintiff and Others Similarly Situated

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CASTORINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and INTEGON NATIONAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:21-CV-02004-WBS-KJN<br><br>**STIPULATION FOR STAY OF LITIGATION**<br><br>HON. WILLIAM B. SHUBB |

1

STIPULATION TO STAY LITIGATION FILE NO. 2:21-CV-02004-WBS-KJN

Plaintiff John Castorina ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") (collectively, the "Parties"), by their undersigned counsel, hereby stipulate and agree as follows:

On October 29, 2021, Plaintiff John Castorina filed his Complaint [ECF No. 1].

On January 12, 2022, Defendant Bank of America, N.A. filed a Motion to Dismiss [ECF No. 15-1].

On March 7, 2022, Defendant Integon National Insurance Company filed a Motion to Dismiss [ECF No. 20].

On March 21, 2022, Plaintiff John Castorina filed two memorandums in opposition to Defendants' Motions to Dismiss [ECF Nos. 21, 22].

On April 11, 2022, Defendants Bank of America, N.A. and Integon National Insurance Company filed separate memoranda in support of their respective Motions to Dismiss [ECF Nos. 23, 24].

On May 6, 2022, this Court issued a Memorandum and Order Granting, in part, and Denying, in part, Defendants' Motions to Dismiss, and allowing Plaintiff twenty (20) days to file a second amended complaint [ECF No. 27].

On May 24, 2022, Plaintiff John Castorina and Defendant Bank of America, N.A. stipulated and agreed to a 21-day extension for Plaintiff to investigate factual issues raised by Defendant, and, if applicable, file the Amended Complaint by June 15, 2022 [ECF No. 29].

On June 14, 2022, Plaintiff's counsel has learned that Plaintiff has undergone a significant unforeseen medical emergency and is presently unable to communicate with counsel.

On June 14, 2022, the Parties conferred and agreed to a sixty (60) day stay of all deadlines.

The Parties agree that this temporary stay will not prejudice either Party.

Now, therefore, the Parties respectfully request that the Court enter an Order reflecting the stay set forth in this Stipulation.

## ORDER

**IT IS SO ORDERED:**

All deadlines in this pending litigation are hereby stayed for sixty (60) days.  The Scheduling Conference is reset for **September 26, 2022 at 1:30 p.m.**  A joint status report shall be filed no later than **September 12, 2022**.

Dated:  June 15, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated:  June 15, 2022             *s/David A. Goodwin*
                                  Daniel E. Gustafson (#202241)
                                  Dennis J. Stewart (#99152)
                                  David A. Goodwin (#386715)
                                  **GUSTAFSON GLUEK PLLC**
                                  Canadian Pacific Plaza
                                  120 South 6th Street, Suite 2600
                                  Minneapolis, MN 55402
                                  Tel: (612) 333-8844
                                  Fax: (612) 339-6622
                                  E-mail: dgustafson@gustafsongluek.com
                                  dstewart@gustafsongluek.com
                                  dgoodwin@gustafsongluek.com

                                  Scott D. Hirsch (*admitted Pro Hac Vice*)
                                  **SCOTT HIRSCH LAW GROUP, PLLC**
                                  6810 N. State Road 7
                                  Coconut Creek, FL 33073
                                  Tel.: (561) 569-7062
                                  scott@scotthirschlawgroup.com

                                  ***Attorneys for Plaintiff***
                                  ***John Castorina***

Dated:  June 15, 2022

    /s/Danielle Oakley Morris
Danielle Oakley Morris
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Tel: (949) 823-6900
Fax: (949) 823-6994
doakley@omm.com

William K. Pao
Brittany Rogers
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071
Tel: (213) 430-6000
Fax: (213) 430-6407

*Attorneys for Defendant*
*Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 15, 2022, with Clerk of the Court using CM/ECF which caused a copy to be served on all counsel of record.

Dated: June 15, 2022      By:  */s/David A. Goodwin*
                                                          David A. Goodwin