Daniel E. Gustafson (*admitted Pro Hac Vice*)
Dennis J. Stewart, CA Bar No. 99152
David A. Goodwin (*admitted Pro Hac Vice*)
**GUSTAFSON GLUEK, PLLC**
600 B Street, Suite 1700
San Diego, CA 92024
Tel.: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dstewart@gustafsongluek.com
dgoodwin@gustafsongluek.com

Scott D. Hirsch (*admitted Pro Hac Vice*)
**SCOTT HIRSCH LAW GROUP, PLLC**
6810 N. State Road 7
Coconut Creek, FL 33073
Tel.: (561) 569-7062
scott@scotthirschlawgroup.com

Attorneys for Plaintiff and Others Similarly Situated

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CASTORINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and INTEGON NATIONAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:21-CV-02004-WBS-KJN<br><br>**STIPULATION FOR STAY OF LITIGATION**<br><br>HON. WILLIAM B. SHUBB |

Plaintiff John Castorina ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") (collectively, the "Parties"), by their undersigned counsel, hereby stipulate and agree as follows:

On October 29, 2021, Plaintiff John Castorina filed his Complaint [ECF No. 1].

On January 12, 2022, Defendant Bank of America, N.A. filed a Motion to Dismiss [ECF No. 15-1].

On March 7, 2022, Defendant Integon National Insurance Company filed a Motion to Dismiss [ECF No. 20].

On March 21, 2022, Plaintiff John Castorina filed two memorandums in opposition to Defendants' Motions to Dismiss [ECF Nos. 21, 22].

On April 11, 2022, Defendants Bank of America, N.A. and Integon National Insurance Company filed separate memoranda in support of their respective Motions to Dismiss [ECF Nos. 23, 24].

On May 6, 2022, this Court issued a Memorandum and Order Granting, in part, and Denying, in part, Defendants' Motions to Dismiss, and allowing Plaintiff twenty (20) days to file a second amended complaint [ECF No. 27].

On May 24, 2022, Plaintiff John Castorina and Defendant Bank of America, N.A. stipulated and agreed to a 21-day extension for Plaintiff to investigate factual issues raised by Defendant, and, if applicable, file the Amended Complaint by June 15, 2022 [ECF No. 29].

On June 14, 2022, Plaintiff's counsel has learned that Plaintiff has undergone a significant unforeseen medical emergency and is presently unable to communicate with counsel.

On June 14, 2022, the Parties conferred and agreed to a sixty (60) day stay of all deadlines.

On August 10, 2022, the Parties conferred and agreed to an additional thirty (30) day stay of all deadlines in light of Mr. Castorina's continuing medical recovery.

The Parties agree that this temporary stay will not prejudice either Party.

Now, therefore, the Parties respectfully request that the Court enter an Order reflecting the stay set forth in this Stipulation.

### **[PROPOSED] ORDER**

**IT IS SO ORDERED:**

All deadlines in this pending litigation are hereby stayed for sixty (60) days.

Dated: _____

                                                Hon. William B. Shubb
                                                United States District Judge

Respectfully submitted,

Dated:  August 11, 2022

*s/David A. Goodwin*
Daniel E. Gustafson (#202241)
Dennis J. Stewart (#99152)
David A. Goodwin (#386715)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
dstewart@gustafsongluek.com
dgoodwin@gustafsongluek.com

Scott D. Hirsch (*admitted Pro Hac Vice*)
**SCOTT HIRSCH LAW GROUP, PLLC**
6810 N. State Road 7
Coconut Creek, FL 33073
Tel.: (561) 569-7062
scott@scotthirschlawgroup.com

***Attorneys for Plaintiff
John Castorina***

| | |
|---|---|
| Dated: August 11, 2022 |   /s/Danielle Oakley Morris<br>Danielle Oakley Morris<br>**O'MELVENY & MYERS LLP**<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660<br>Tel: (949) 823-6900<br>Fax: (949) 823-6994<br>doakley@omm.com<br><br>William K. Pao<br>Brittany Rogers<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street<br>Los Angeles, California 90071<br>Tel: (213) 430-6000<br>Fax: (213) 430-6407<br><br>***Attorneys for Defendant***<br>***Bank of America, N.A.*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 11, 2022, with Clerk of the Court using CM/ECF which caused a copy to be served on all counsel of record.

Dated: August 11, 2022          By:  /s/David A. Goodwin
                                                 David A. Goodwin