1    DANIELLE OAKLEY MORRIS (S.B. #246295)
     doakley@omm.com
2    O'MELVENY & MYERS LLP
     610 Newport Center Drive, 17th Floor
3    Newport Beach, California 92660
     Telephone:    (949) 823-6900
4    Facsimile:    (949) 823-6994

5    WILLIAM K. PAO (S.B. #252637)
     wpao@omm.com
6    BRITTANY ROGERS (S.B. #274432)
     brogers@omm.com
7    O'MELVENY & MYERS LLP
     400 South Hope Street, 18th Floor
8    Los Angeles, California 90071-2899
     Telephone:    (213) 430-6000
9    Facsimile:    (213) 430-6407

10   *Attorneys for Defendant*
     *Bank of America, N.A.*
11
     DENNIS J. STEWART (S.B. #99152)
12   dstewart@gustafsongluek.com
     GUSTAFSON GLUEK, PLLC
13   600 B Street, Suite 1700
     San Diego, CA 92024
14   Telephone:    (612) 333-8844
     Facsimile:    (612) 339-6622
15
     *Attorneys for Plaintiff John Castorina*
16

17               UNITED STATES DISTRICT COURT

18              EASTERN DISTRICT OF CALIFORNIA

19

20   JOHN CASTORINA, individually and on        Case No. 2:21-CV-02004-WBS-KJN
     behalf of all others similarly situated,
21                                              **JOINT NOTICE OF SETTLEMENT**
                    Plaintiff,                  **[E.D. CAL. LOCAL RULE 160]**
22
     v.                                         Judge: Hon. William B. Shubb
23
     BANK OF AMERICA, N.A. and INTEGON
24   NATIONAL INSURANCE COMPANY,

25                  Defendants.

26

27

28

1    **JOINT NOTICE OF SETTLEMENT**

2           Pursuant to Eastern District of California Local Rule 160(a), Plaintiff John Castorina and

3    Defendant Bank of America, N.A. (together with Plaintiff, the "Parties"), through their counsel of

4    record, hereby notify the Court that the Parties have reached a settlement in the above-captioned

5    case.  Plaintiff's claims against Defendant Integon National Insurance Company ("Integon") have

6    been dismissed and Plaintiff has not amended his Complaint to assert additional claims against

7    Integon.  Plaintiff plans to file a notice of dismissal as soon as practicable once the Settlement

8    Agreement is executed.

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

- 1 -

Respectfully submitted,

Dated:  November 22, 2022        /s/ William K. Pao
                                        William K. Pao

                                 WILLIAM K. PAO
                                 wpao@omm.com
                                 BRITTANY ROGERS
                                 brogers@omm.com
                                 **O'MELVENY & MYERS LLP**
                                 400 South Hope Street
                                 Los Angeles, CA 90071
                                 (213) 430-6000

                                 DANIELLE OAKLEY MORRIS
                                 doakley@omm.com
                                 **O'MELVENY & MYERS LLP**
                                 610 Newport Center Drive, 17th Floor
                                 Newport Beach, California  92660
                                 Telephone:      (949) 823-6900
                                 Facsimile:       (949) 823-6994

                                 *Attorneys for Defendant*
                                 *Bank of America, N.A.*

Dated:  November 22, 2022        /s/  Dennis J. Stewart (as authorized on 11/22/2022)
                                        Dennis J. Stewart

                                 DENNIS J. STEWART
                                 dstewart@gustafsongluek.com
                                 **GUSTAFSON GLUEK, PLLC**
                                 600 B Street, Suite 1700
                                 San Diego, CA 92024
                                 Telephone:     (612) 333-8844
                                 Facsimile:      (612) 339-6622

                                 *Attorneys for Plaintiff*
                                 *John Castorina*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically

filed on November 22, 2022, with the Clerk of the Court using CM/ECF which caused a copy to

be served on all counsel of record.

Dated:  November 22, 2022

By:     /s/  William K. Pao

William K. Pao

**SIGNATURE ATTESTATION**

I hereby attest that I have on file the permission of all necessary filers for any signatures

indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  November 22, 2022

By:     /s/  William K. Pao

William K. Pao